# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 56

State of North Dakota,                                    Plaintiff and Appellee

v.

Cory Allen Almklov,                                    Defendant and Appellant

## Nos. 20210162 & 20210163

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Troy J. LeFevre, Judge.

AFFIRMED.

Per Curiam.

Frederick R. Fremgen, State's Attorney, Jamestown, N.D., for plaintiff and appellee.

Kiara C. Kraus-Parr, Grand Forks, N.D., for defendant and appellant.

**Per Curiam.**

[¶1]   Cory Almklov appeals from criminal judgments entered after a jury found him guilty of attempted murder, aggravated assault with a dangerous weapon, two counts of providing false information to law enforcement, burglary, and theft of property. Almklov argues he was convicted of the non-cognizable offense of attempted knowing murder under an erroneous jury instruction, the district court failed to properly instruct the jury on voluntary intoxication, and there was insufficient evidence to convict him of one of the counts of false information to law enforcement.

[¶2]   We conclude Almklov waived his right to challenge the jury instructions on appeal by expressly agreeing to the instructions at the district court. *See State v. Rende*, 2018 ND 56, ¶ 9, 907 N.W.2d 361 ("It is a cardinal rule of appellate review that a party may not challenge as error a ruling or other trial proceeding invited by that party."). Additionally, viewing the evidence in the light most favorable to the verdict, we conclude substantial evidence exists that could allow a jury to draw a reasonable inference in favor of conviction on the count of false information to law enforcement. We summarily affirm under N.D.R.App.P. 35.1(a)(3) and (7).

[¶3]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte